THE PEOPLE, ETC., EX REL. JOHN W. GILLIES, APPELLANT, v. A. EDWARD SUFFERN, COUNTY JUDGE OF ROCKLAND COUNTY, RESPONDENT.

*Village — bonding for railroad — assessment roll.*

A village assessment roll, until the assessors or a majority of them shall have taken the oath prescribed by section 8, chapter 176 of 1851, is void, and is not a proper or sufficient basis for proceedings had under chapter 925 of 1871, for the bonding of said village. (*Bradley* v. *Ward*, 58 N. Y., 401; *Van Rensselaer* v. *Witbeck*, 7 id., 517 ; *Westfall* v. *Preston*, 49 id., 349.)

CERTIORARI to review a judgment of the county judge of Rockland county, appointing commissioners to bond the village of Haverstraw, in aid of the Jersey City and Albany Railroad Company, and the proceedings had before said judge, which resulted in said judgment, pursuant to chapter 907 of the Laws of 1869.

*E. A. Brewster* and *George W. Weiant*, for relator.    *W. A. Beach*, for respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Proceedings reversed, with costs.